UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LINDENSMITH,

    Plaintiff,        No. 12-CV-10644-DT

vs.               Hon. Gerald E. Rosen

DR. PETSCHOW, et al.,

    Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S
CLAIMS AGAINST DEFENDANT PETSCHOW, ONLY

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on March 28, 2013

    PRESENT: Honorable Gerald E. Rosen
           United States District Chief Judge

This Section 1983 prisoner civil rights matter having come before the Court on the February 1, 2013 Report and Recommendation of United States Magistrate R. Steven Whalen recommending that the Court grant motion for summary judgment filed by Defendant Kevin Petschow; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having concluded that, for the reasons stated in the Report and Recommendation, Defendant's motion for summary judgment should be granted and Plaintiff's complaint claims against Defendant Petschow should, accordingly, be dismissed in their entirety, with

prejudice; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of February 1, 2013 [**Dkt. # 26**] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that Defendant Petschow's Motion for Summary Judgment **[Dkt. # 14]** be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint claims against Defendant Petschow are DISMISSED in their entirety, with prejudice.

s/Gerald E. Rosen  
Chief Judge, United States District Court

Dated: March 28, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 28, 2013, by electronic and/or ordinary mail.

s/Julie Owens  
Case Manager, (313) 234-5135