UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID LINDENSMITH,

          Plaintiff,

Case No.    12-10644

v.

HONORABLE GERALD E. ROSEN

DR. PETSCHOW,

          Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order, entered on March 28, 2013, adopting the Magistrate Judge's Report and Recommendation,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims against defendant Dr. Petschow, only, are DISMISSED.

DAVID WEAVER

Dated: March 28, 2013        By: s/Julie Owens
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 28, 2013, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5135